

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00564-CV

Clifford Luttrell, DDS and Boerne Dental Center, PLLC
v.
Amy Mulroy

On Appeal from the
73rd District Court of Bexar County, Texas
Trial Court Cause No. 2021-CI-20026

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants. In addition, appellants and their surety are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order.

We further order this decision certified below for observance.

October 30, 2025